No. 87–1457. HURLEY ET AL. *v.* WEST AMERICAN INSURANCE CO. OF OHIO CASUALTY GROUP ET AL. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6485. BOLES *v.* ELLIS ET AL. Appeal from D. C. M. D. N. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1392. FIRST AMERICAN NATIONAL BANK OF KNOXVILLE *v.* TAYLOR, COMMISSIONER OF REVENUE FOR THE STATE OF TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 87–1435. BLUME *v.* GREGERSEN, CHIEF, BUREAU OF OCCUPATIONAL LICENSES, DEPARTMENT OF SELF-GOVERNING AGENCIES OF IDAHO, ET AL. Appeal from Ct. App. Idaho dismissed for want of substantial federal question.

No. 87–6444. NUNLEY *v.* OKLAHOMA. Appeal from Ct. Crim. App. Okla. dismissed for want of jurisdiction.

No. — – ——. EISEN *v.* SACKMAN-GILLILAND CORP. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–738. RAPP *v.* UNITED STATES. Application for bail, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–788. HASTINGS, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA *v.* COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES ET AL. C. A. 11th Cir. Application to continue the stay of mandate, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.